# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 09-63695-TJT | | Trustee Name: | Douglas S. Ellmann |
| Case Name: | TOSH, JEFFREY L AND TOSH, WHITNEY A | | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 9/24/2009 | | §341(a) Meeting Date: | 09/16/2009 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1. Location: 5160 Boardman Drive, Onsted MI 49265 85% of SEV | $276,250.00 | $0.00 | DA | $0.00 | FA |
| 2. 709 Riverside, Adrian, MI 49221 85% of SEV | $340,000.00 | $0.00 | DA | $0.00 | FA |
| 3. 66 Swan Lake Drive, Adrian, MI 49221 | $110,000.00 | $0.00 | DA | $0.00 | FA |
| 4. 3000 Block of Rogers Hwy, Britton, MI | $40,000.00 | $0.00 | DA | $0.00 | FA |
| 5. cash | $50.00 | $0.00 | DA | $0.00 | FA |
| 6. account at First Federal (includes $3300 in security deposits) | $3,500.00 | $0.00 | DA | $0.00 | FA |
| 7. account at Lincoln Park Comm CU | $500.00 | $0.00 | DA | $0.00 | FA |
| 8. savings accounts for kids at First Federal (only because they are minors) | $0.00 | $0.00 | DA | $0.00 | FA |
| 9. checking and savings at TLC Comm CU (daughter's account since she is a minor) | $0.00 | $0.00 | DA | $0.00 | FA |
| 10. account at Lincoln Park Community CU (her parents' account, she does not use at all, she is on just for emergencies) | $0.00 | $0.00 | DA | $0.00 | FA |
| 11. furniture, electronics, appliances, misc households goods, misc tools | $4,000.00 | $0.00 | DA | $0.00 | FA |
| 12. misc clothing | $800.00 | $0.00 | DA | $0.00 | FA |
| 13. Wedding rings | $1,800.00 | $0.00 | DA | $0.00 | FA |
| 14. misc earrings, necklaces, rings | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 15. Term life insurance for each through her work | $0.00 | $0.00 | DA | $0.00 | FA |
| 16. 401k | $130,000.00 | $0.00 | DA | $0.00 | FA |
| 17. IRA | $14,500.00 | $0.00 | DA | $0.00 | FA |
| 18. 2009 Ford Escape | $20,500.00 | $0.00 | DA | $0.00 | FA |
| 19. 2004 Ford Mustang | $5,500.00 | $0.00 | DA | $0.00 | FA |
| 20. 1990 Toyota Rav4 | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 21. 2000 Expedition | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 22. 4 wheeler | $500.00 | $0.00 | DA | $0.00 | FA |
| 23. 2 dirt bikes | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 24. 2 jet skis | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 25. Preferences (u) | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 26. Estate's portion of 2009 tax refund (u) | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 09-63695-TJT | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | TOSH, JEFFREY L AND TOSH, WHITNEY A | | Date Filed (f) or Converted (c): | 07/30/2009 (f) |
| For the Period Ending: | 9/24/2009 | | §341(a) Meeting Date: | 09/16/2009 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| TOTALS (Excluding unknown value) | $957,400.00 | $2,000.00 | | $0.00 | **Gross Value of Remaining Assets** $2,000.00 |

**Major Activities affecting case closing:**
Collect potential preferences.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/30/2012 |
| **Current Projected Date Of Final Report (TFR):** | 07/30/2012 |

/s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN