B6B (Official Form 6B) (12/07)

In re **Jeffrey L Tosh,** Case No. **09-63695**
**Whitney A Tosh**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | cash | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | account at First Federal (total is $3500 but $3300 are security deposits for renters which will have to be returned) | J | 200.00 |
| | | account at Lincoln Park Comm CU | J | 500.00 |
| | | savings accounts for kids at First Federal (only because they are minors) | J | 0.00 |
| | | checking and savings at TLC Comm CU (daughter's account since she is a minor) | J | 0.00 |
| | | account at Lincoln Park Community CU (her parents' account, she does not use at all, she is on just for emergencies) | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | furniture, electronics, appliances, misc households goods, misc tools | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | misc clothing | J | 800.00 |
| 7. Furs and jewelry. | | Wedding rings | J | 1,800.00 |
| | | misc earrings, necklaces, rings | W | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| | | | Sub-Total > (Total of this page) | 8,850.00 |

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                    Best Case Bankruptcy

In re **Jeffrey L Tosh,** Case No. **09-63695**
**Whitney A Tosh**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance for each through her work** | J | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k** | W | 130,000.00 |
| | | | **IRA** | H | 14,500.00 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **net 2009 tax refunds ($2500 from Federal, owes State $35)** | J | 2,465.00 |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | **146,965.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Jeffrey L Tosh,**
**Whitney A Tosh**
,
Debtors

Case No. **09-63695**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Ford Escape** | J | **20,500.00** |
| | | **2004 Ford Mustang** | W | **5,500.00** |
| | | **1990 Toyota Rav4** | H | **1,500.00** |
| | | **2000 Expedition** | H | **2,000.00** |
| | | **1998 Polaris 4 wheeler - he bought this but title was never transferred** | H | **500.00** |
| | | **2 dirt bikes** | H | **1,000.00** |
| 26. Boats, motors, and accessories. | | **2 jet skis** | H | **1,500.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total > **32,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Jeffrey L Tosh,**  
 **Whitney A Tosh**                                                                      Case No. **09-63695**
_____,
                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **188,315.00** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **Jeffrey L Tosh**            Case No. **09-63695**

                                                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **709 Riverside, Adrian, MI 49221** <br> **85% of SEV** | 11 U.S.C. § 522(d)(5) | 4,675.00 | 340,000.00 |
| **Cash on Hand** <br> **cash** | 11 U.S.C. § 522(d)(5) | 25.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> account at First Federal (total is $3500 but $3300 are security deposits for renters which will have to be returned) | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| account at Lincoln Park Comm CU | 11 U.S.C. § 522(d)(5) | 250.00 | 500.00 |
| **Household Goods and Furnishings** <br> furniture, electronics, appliances, misc households goods, misc tools | 11 U.S.C. § 522(d)(3) | 2,000.00 | 4,000.00 |
| **Wearing Apparel** <br> misc clothing | 11 U.S.C. § 522(d)(3) | 300.00 | 800.00 |
| **Furs and Jewelry** <br> Wedding rings | 11 U.S.C. § 522(d)(3) | 300.00 | 1,800.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> IRA | 11 U.S.C. § 522(d)(12) | 14,500.00 | 14,500.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** <br> net 2009 tax refunds ($2500 from Federal, owes State $35) | 11 U.S.C. § 522(d)(5) | 1,232.50 | 2,465.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 1990 Toyota Rav4 | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| 2000 Expedition | 11 U.S.C. § 522(d)(2) | 2,000.00 | 2,000.00 |
| 1998 Polaris 4 wheeler - he bought this but title was never transferred | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| 2 dirt bikes | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| **Boats, Motors and Accessories** <br> 2 jet skis | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| | Total: | 29,882.50 | 370,815.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **Whitney A Tosh** Case No. **09-63695**

, Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 709 Riverside, Adrian, MI 49221 85% of SEV | 11 U.S.C. § 522(d)(5) | 5,325.00 | 340,000.00 |
| **Cash on Hand** | | | |
| cash | 11 U.S.C. § 522(d)(5) | 25.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| account at First Federal (total is $3500 but $3300 are security deposits for renters which will have to be returned) | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| account at Lincoln Park Comm CU | 11 U.S.C. § 522(d)(5) | 250.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| furniture, electronics, appliances, misc households goods, misc tools | 11 U.S.C. § 522(d)(3) | 2,000.00 | 4,000.00 |
| **Wearing Apparel** | | | |
| misc clothing | 11 U.S.C. § 522(d)(3) | 500.00 | 800.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | 11 U.S.C. § 522(d)(3) | 1,500.00 | 1,800.00 |
| misc earrings, necklaces, rings | 11 U.S.C. § 522(d)(4) 11 U.S.C. § 522(d)(5) | 1,350.00 150.00 | 1,500.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| net 2009 tax refunds ($2500 from Federal, owes State $35) | 11 U.S.C. § 522(d)(5) | 1,232.50 | 2,465.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Ford Mustang | 11 U.S.C. § 522(d)(2) 11 U.S.C. § 522(d)(5) | 3,225.00 2,275.00 | 5,500.00 |
| | Total: | 17,932.50 | 356,815.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Revised 11/08

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Jeffrey L Tosh
Whitney A Tosh

**CASE NUMBER:** 09-63695

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

☐ Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment) __Amend Schedules B and C__

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:     Please change to:


**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:     Please change to:


**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:     Please change to:


Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address


**NAME OF CREDITOR** (As it now appears):

(Please print)

Address


### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature:

**Michelle Marrs P59651**
Name of Attorney
**6553 Jackson Rd**
**Ann Arbor, MI 48103**
**734-663-0555**
**TTerry3272@aol.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: _____
**Jeffrey L Tosh**
Name of Debtor

Signature: _____
**Whitney A Tosh**
Name of Joint Debtor, if applicable